UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**REQUEST FOR
CHANGE OF ADDRESS**

CASE NAME: <u>Karen Townsend Grayer</u>

CASE NO. <u>23-54293</u> JUDGE: <u>SMS</u> CHAPTER <u>13</u>

CHANGE FOR

DEBTOR __X___ CREDITOR _____ ATTORNEY _____ (for) Debtor_____
                                                                                                                                 Creditor _____

NOTE: (For Attorneys Only) IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE:    <u>May 25, 2023</u>

BAR I.D. NUMBER:    <u>507412</u>

NAME:    <u>Karen Townsend Grayer</u>

NEW ADDRESS:    <u>2923 Gwendon Terrace</u>
                              <u>Decatur, GA 30034</u>

*************************************************************

NAME:    <u>Karen Townsend Grayer</u>

OLD ADDRESS:    <u>108 Jarrod Oaks Ct,</u>
                              <u>Loganville, Georgia 30052</u>

THIS CHANGE OF ADDRESS WAS FURNISHED BY:  <u>Willie B Smith /s/</u>

DATE:    <u>May 25, 2023</u>